1  Paul W. Reidl (SBN 155221)
   LAW OFFICE OF PAUL W. REIDL
2  285 Troon Way
   Half Moon Bay, CA 94019
3  Telephone: (650) 560-8530
   Email: paul@reidllaw.com
4
   *Attorney for JaM Cellars, Inc.*
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAM CELLARS, INC.,** | Case No.  4:17-cv-01385-HSG |
| Plaintiff/Counterdefendant, | |
| v. | **STIPULATED NOTICE OF DISMISSAL** |
| **PLATA WINE PARTNERS, LLC,** | |
| Defendant/Counterplaintiff. | |

The parties have settled this matter.  Pursuant to Federal Rule of Civil Procedure 41 and that settlement agreement, Plaintiff hereby dismisses its Claims with prejudice, and Counter Plaintiff hereby dismisses its Counterclaims, with prejudice.  Rule 41 (a)(1)(A)(ii) provides that this matter may be dismissed voluntarily without an Order of the Court because both parties have stipulated to the dismissal.  Local Rule 77-2 allows such order to be entered by the Clerk of the Court.

SO STIPULATED on October 26, 2017.

| **CARLE MACKIE POWER & ROSS LLP** | **LAW OFFICE OF PAUL W. REIDL** |
|---|---|
| /s/   John B. Dawson | /s/   Paul W. Reidl |
| 100 B Street, Suite 400 | 285 Troon Way |
| Santa Rosa, CA 95401 | Half Moon Bay, CA 94019 |
| (707) 526-4200 | (650) 560-8530 |
| jdawson@cmprlaw.com | paul@reidllaw.com |
| *Attorney for Plata Wine Partners, LLC.* | *Attorney for JaM Cellars, Inc.* |

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen (18) years and employed in the County of San Mateo, State of California. I am a member of the Bar of the above-entitled Court. My business address is 285 Troon Way, Half Moon Bay, California, 94019

On October 26, 2017, I served the following document (attached hereto):

**STIPULATED NOTICE OF DISMISAL**

**(XX)** **CM/ECF.** The undersigned hereby certifies that he caused a copy of the foregoing document(s) to be filed with the Court's CM/ECF system on October 26, 2017 such that a notice of the filing would be served on the following:

John B, Dawson
Kimberly Corcoran
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, CA 95401
Telephone: (707) 526-4200
E-mail: jdawson@cmprlaw.com
Email: kcorcoran@cmprlaw.com

Executed on October 26, 2017, at Half Moon Bay, California.

/s/ Paul W. Reidl